UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: TENYLLE LOCKETTE                    CASE NO.: 16-80606

**SECOND MODIFIED CHAPTER 13 PLAN**
**ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED**

**I.** Debtors propose to pay by payroll deduction into the Chapter 13 Plan total payments of $1,081.62 in the first three (3) months, then monthly payments of $200 (beginning October, 2016) for fifty-four (54) months, for a total of sixty (60) months.

**II.** Claims to be paid directly by debtor. **NONE**

**III.** Claims to be paid by Trustee.

   **A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,800. The Trustee shall receive fees of approximately 10% of plan payments.

   **B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

   **1. Personal Property:**

   Capital One Auto Finance: collateral - 2013 Ford Edge; estimated secured claim of $6,799.86 to be paid with interest at 6%. As adequate protection, Capital One shall be paid $25 per month until the debtor's attorney fees are paid in full.

   **C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **NONE**

   **D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 27th day of September, 2016.

McBride Law Firm

/s/Thomas C. McBride
By: Thomas C. McBride (#09210)
    Kathryn A. Wiley (#33672)
    Thomas C. McBride, LLC
    McBride Law Firm
    301 Jackson Street, Suite 101
    Alexandria, LA 71301
    Telephone (318) 445-8800
    Facsimile (318) 445-8066